## PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,

### v.

## NIGHTTIME CONCEPTS, INC., Appellee.

Supreme Court of Pennsylvania.

Submitted July 8, 1996.

Decided Feb. 6, 1997.

### ORDER

PER CURIAM.

AND NOW, the order of the Common Pleas Court of Philadelphia County is AFFIRMED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, —— A.2d —— (1996) (opinion issued February 6, 1997).

CASTILLE, Justice, concurring.

I join in the *Per Curiam* Order based on my concurring opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.,* —— Pa. ——, —— A.2d —— (1997) (opinion issued February 6, 1997).